**Reinstated and Order filed December 9, 2014.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-14-00043-CR**

_____

**HUNG PHUOC LE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 185th District Court
Harris County, Texas
Trial Court Cause No. 1371912**

## ORDER

Appellant is represented by retained counsel, **David Ryan**. The reporter's record was filed September 12, 2014. Appellant's brief was due October 13, 2014. *See* Tex. R. App. P. 38.6(a). Appellant's counsel requested and was granted an extension of time to file the brief until November 12, 2014. No brief was filed. Counsel and the trial court were notified on November 14, 2014, that no brief had been filed. No response from appellant was been received. Accordingly, on

December 4, 2014, this court abated the appeal and directed the trial court to conduct a hearing to determine the reason for the failure to file a brief.

In December 5, 2014, appellant's counsel filed a motion for extension of time to file a brief, which the court granted. Accordingly, we **ORDER** the appeal **REINSTATED.** We withdraw the request for the trial court to conduct a hearing.

PER CURIAM